456 A.2d 1083

Commonwealth v. Caston, Appellant.

Petition for Allowance of Appeal
Granted Sept. 19, 1983.

Argued February 23, 1982. David R. Eshelman, for appellant; George C. Yatron, District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

Judgment of sentence affirmed.

456 A.2d 1083

Commonwealth v. Chapman, Appellant.

Submitted March 17, 1982. John A. Halley, for appellant; Robert Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and HOFFMAN, JJ.

The order of February 25, 1981 is affirmed.